SCWC-12-0000838

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ELUJINO V. ALVAREZ, III, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000838; CR. NO. 11-1-0216)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Elujino V. Alavarez,
IIIʼs application for writ of certiorari filed on June 5, 2015,
is hereby accepted and will be scheduled for oral argument. The
parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawaiʻi, July 16, 2015.

Brian J. De Lima
and Justin P. Haspe
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

